# EXHIBIT A



31 Purchase Street, Ste. 3-4
Rye, New York 10580
914 • 967 • 9421
www.keeganandco.com

## Dr. Eli Seggev

**Education**

- Ph.D., Marketing and Quantitative Methods, Syracuse University (1969)
    - Recipient of American Marketing Association Dissertation Award (1969)
- Master of Business Administration, University of Michigan (1965)
- B.A., Social Sciences, Hebrew University (1963)

**Business Experience**

### *Keegan & Company LLC (2000 – present)*

Senior Expert Consultant. Testify regarding consumer confusion, trade dress, dilution, consumer behavior, secondary meaning, and other consumer research issues.

### *Independent Consultant (2000 – present)*

Independent consultant in marketing research, marketing strategy, business development, and entrepreneurship.

### *MS&P – Marketing Strategy and Planning (1985 – 2001)*

- Founder & CEO.

- Developed the company into a technologically leading-edge marketing research firm providing computer simulation and other advanced information technology services to industry.

- Served wide range of clients, including: IBM, AT&T, Chase, Subway, SunGard, Lear Jet, and many others.

- Sold the company to Market Facts, one of the top U.S. marketing research firms, in 1999.

### *Business Decisions, Inc. (1982 – 1984)*

President. Business Decisions, Inc. was the reincarnation of Marketing Systems, Inc., (see below), reflecting the U.K. parent brand.

### *Marketing Systems, Inc. (1980 – 1982)*

- Founder & CEO.

- Established a marketing research company dedicated to providing brand management information and consulting when brand management began to take hold in marketing management.

- Served clients such as Seagram, Cessna, Miles Laboratories, Imperial Tobacco, and many others.

- Agreed to be acquired by AIDCOM International, a U.K. company seeking a U.S. presence.

### Independent Consultant (1977 – 1980)

Independent consultant to companies regarding consumer research and marketing.

### Decisions Center, Inc. (1976 – 1977)

Senior Project Director.

### Benton and Bowles Advertising (1975 – 1976)

Associate Research Director.

### Audits and Surveys, Inc. (1973 – 1975)

Project Director.

**Academic Appointments**

- Associate Professor of Marketing, Lubin Graduate School of Business, Pace University (1982 – 1992).

- Associate Professor of Marketing, Baruch College (1975 – 1982).

- Visiting Lecturer in Marketing, Recanati School of Business, Tel Aviv University (1971 – 1972).

- Associate Professor of Marketing, Graduate School of Business, C.W. Post University (1970 – 1975).

- Assistant Professor of Marketing, School of Management, Syracuse University, (1969 – 1970).

**Selected Publications**

*Values Added from Internet Research*, ESOMAR Net Effects[4] Worldwide Internet Conference, 2001, with C. Eichman, A. Mezzasalma and G. Licastro.

*Marketing Research—the Marketing Strategy Engine*, The Institute of International Research Conference: Customer Marketing for Newly Deregulated Industries, 1998.

*The Pickax, The Shovel, The Bulldozer and the Head Lamp*, Working Paper, 1998.

*Fusing Attitudinal and Behavioral Data in Data Mining*, Working Paper, 1998.

*Gaining Competitive Advantage Through Customer-Focused Marketing*, Idaho and Montana Banker Association Annual Convention, 1997.

*A Role in Flux*, Marketing Management, 1995.

*Getting the Most Out of Your Customer Satisfaction Measurement*, Consumer Banking Digest, 1993.

*Advertising Effectiveness Measurement for Contribution-Based Compensation*, Journal of Advertising Research, 1992.

*Testing the Strategic Fit of Financial Services Advertising*, Advertising Research Foundations Key Issues Workshop, 1983.

*Testing Persuasion by Strategic Positioning*, Journal of Advertising Research, 1982.

*Brand Assortment and Consumer Brand Choice*, Journal of Marketing, 1970.