BONNETT, FAIRBOURN, FRIEDMAN
  &amp; BALINT, P.C.
ELAINE A. RYAN (*Admitted Pro Hac Vice*)
VAN BUNCH (*Admitted Pro Hac Vice*)
PATRICIA N. SYVERSON (203111)
LINDSEY M. GOMEZ-GRAY (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
vbunch@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone: (602) 274-1100

STEWART M. WELTMAN LLC
STEWART M. WELTMAN (*Admitted Pro Hac Vice*)
43 W. Jackson, Suite 364
Chicago, Illinois 60604
sweltman@weltmanlawfirm.com
Telephone: 312-588-5033
(Of Counsel Levin, Fishbein, Sedran & Berman)

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
ROSE F. LUZON (SBN 221544)
401 West 'A' Street, Suite 2350
San Diego, CA 92101
rluzon@sfmslaw.com
Telephone: 619-235-2416

Attorneys for Plaintiffs

(Additional Counsel on Signature Page)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANIRA ALGARIN and PATSY MURDOCK, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>MAYBELLINE, LLC, A New York Limited Liability Company, d/b/a MAYBELLINE NEW YORK,<br>    Defendant. | CASE NO. 12CV3000 AJB DHB<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Courtroom: 2A<br>Judge: Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. David H. Bartick |

Plaintiffs Yanira Algarin and Patsy Murdock respectfully submit this Notice of Supplemental Authority in further support of their Motion for Class Certification (Dkt. #67-1).

On April 9, 2014, Chief Judge George H. King, of the U.S. District Court for the Central District of California in a case captioned *Enzo Forcellati, et al. v. Hyland's, Inc., et al.*, CV 12-1983-GHK (attached hereto as **Exhibit A**), certified a nationwide consumer class alleging that defendants uniformly misrepresented the cold and flu relief benefits of six of their Hyland's homeopathic products. The *Forcellati* court addressed several arguments that Maybelline also has raised in opposition to Plaintiffs' Motion for Class Certification, including Rule 23's ascertainability, predominance and superiority requirements.

### 1. Ascertainability

In *Forcellati,* like here, defendants argued plaintiffs failed to define an ascertainable class. Judge King rejected this argument finding plaintiffs satisfied the ascertainability requirement as they have "precisely defined their class based on an objective criteria: purchase of Defendants' children's cold or flu products within a prescribed time period. That is enough to satisfy Rule 23(a)'s implied ascertainability requirement." *Forcellati*, at 5 (citing *McCrary v. Elations, Co., LLC*, 2014 U.S. Dist. LEXIS 8443 (C.D. Cal. Jan. 13, 2014) and *Guido v. L'Oreal, USA, Inc.*, 2013 WL 3353857 (C.D. Cal. July 1, 2013)); *see also* Forcellati, at n. 5 (citing cases demonstrating that "[i]n this Circuit, classes that are objectively defined by the purchase of a low-cost product during a proscribed timeframe are routinely certified"). This is precisely how Plaintiffs have defined their SuperStay 24HR Products class. *See* Plaintiffs' Motion for Class Certification, at 3 (Dkt. #65-1).

Also, in *Forcellati,* like here, defendants, relying on *Carrera v. Bayer Corp.*, 727 F.3d 300 (3d Cir. 2013), argued that plaintiffs' proposed class was

insufficiently ascertainable because "there are no records that could confirm class membership" because "purchasers likely have not retained proof of purchase for such low-cost products, and Defendants do not have any records identifying the customers who purchased their products via retail intermediaries." *Forcellati*, at 5. Judge King rejected this argument finding: "That Plaintiffs' class definition may include 'individuals that have inadequate proof to go forward with the class' is 'not fatal to class certification and may be addressed later in the litigation.'" *Id*. at 8 (citing *Galvan v. KDI Distrib.*, 2011 U.S. Dist. LEXIS 127602 (C.D. Cal. Oct. 25, 2011)); *see generally Forcellati*, at 5-10. In so holding, Judge King expressly declined to follow *Carrera*. *Forcellati*, at 6 (citing *McCrary*, at 10 ("[w]hile [*Carrera*] may now be the law in the Third Circuit, it is not currently the law in the Ninth Circuit.").

### 2. Predominance

In *Forcellati*, like here, defendants argued predominance was not satisfied because "consumers purchase Defendants' products for many different reasons apart from the representations made on the package" and "some consumers were satisfied with Defendants' products." *Forcellati*, at 13. Judge King rejected both arguments. Judge King found whether "a large number of factors may have gone into each consumer's decision to purchase Defendants' products is immaterial here given the objective materiality of the alleged misrepresentations." *Id*. at 13. And, the "argument that the products 'worked for some individual class members goes to the proof of the merits of Plaintiff[s'] claim'" and "has no bearing on the Rule 23 predominance inquiry." *Id*.

### 3. Superiority

In *Forcellati*, like here, defendants argued that "because Defendants have a refund program in place that would serve the needs of dissatisfied customers," superiority was not satisfied. *Forcellati*, at 14. Judge King "decline[d] to take this

approach, as it does not comport with the plain language of Rule 23, which directs courts to consider other available methods of *adjudication*." *Id*. at 14 (emphasis original) (citing *In re Aqua Dots Products Liability Litig*., 654 F.3d 748 (7th Cir. 2011). In finding defendants' refund program did not defeat superiority, Judge King noted: "We are foreclosed from 'disregard[ing] the text of Rule 23' simply because we think we have 'a better idea.'" *Forcellati,* at 14.

Dated: April 11, 2014

Respectfully submitted,

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

 */s Patricia N. Syverson*
Elaine A. Ryan (*Admitted Pro Hac Vice*)
Van Bunch (*Admitted Pro Hac Vice*)
Patricia N. Syverson (203111)
Lindsey M. Gomez-Gray (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
eryan@bffb.com
vbunch@bffb.com
psyverson@bffb.com
lgomez-gray@bffb.com
Telephone: (602) 274-1100

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Manfred Muecke (222893)
600 W. Broadway, Suite 900
San Diego, California 92101
mmuecke@bffb.com
Telephone: (619) 756-7748

STEWART M. WELTMAN LLC
Stewart M. Weltman (*Admitted Pro Hac Vice*)
43 W. Jackson, Suite 364
Chicago, Illinois 60604
sweltman@weltmanlawfirm.com
Telephone: 312-588-5033
(Of Counsel Levin, Fishbein, Sedran & Berman)

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
Rose F. Luzon (SBN 221544)

401 West 'A' Street, Suite 2350
San Diego, CA 92101
rluzon@sfmslaw.com
Telephone: 619-235-2416

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

EDGAR LAW FIRM LLC
John F. Edgar
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
jfe@edgarlawfirm.com

Mark Schlachet
3515 Severn Road
Cleveland, OH 44118
Telephone: (216) 896-0714
mschlachet@gmail.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2014, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 11, 2014 at Phoenix, Arizona.

                                           */s/ Patricia N. Syverson*
                                           Patricia N. Syverson (203111)
                                           BONNETT, FAIRBOURN, FRIEDMAN
                                              & BALINT, P.C.
                                           2325 E. Camelback Road, Suite 300
                                           Phoenix, AZ 85016
                                           psyverson@bffb.com
                                           Telephone: (602) 274-1100