UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANIRA ALGARIN, on Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br>v.<br><br>MAYBELLINE, LLC, A New York Limited Liability Company, dba MAYBELLINE NEW YORK,<br><br>            Defendants. | Civil No.12cv3000 AJB (DHB)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 81] |

Upon consideration of the Parties' Joint Motion to Dismiss and for good cause shown, the Motion is GRANTED. The above-captioned case is hereby DISMISSED with prejudice as to Plaintiffs' claims and without prejudice as to putative claims of the alleged unnamed class members. Each party to bear her or its own costs and fees.

IT IS SO ORDERED.

DATED: July 25, 2014

*[signature]*

Hon. Anthony J. Battaglia

U.S. District Judge